IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOYCE BONCHER, :
        Plaintiff, :
:
    v. : Civil No. 5:24-cv-01403-JMG
:
3M COMPANY, *et al.*, :
        Defendants. :

## ORDER

**AND NOW**, this 14th day of February, 2025, upon consideration of Defendant's Motion to Exclude Testimony from Plaintiff's General and Specific Causation Experts (ECF No. 70), Defendants' Motion for Summary Judgment (ECF No. 71), Defendants' Supplemental Memorandum on General Causation (ECF No. 74), Plaintiff's Supplemental Memorandum on General Causation (ECF No. 76), Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude (ECF No. 84), and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (ECF No. 85), **IT IS HEREBY ORDERED** that the Motions (ECF No. 70, 71) are **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge